FILED

16 DEC -8 PM 1:38

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: V.L    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMOND CAVAZOS RIVAS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SOUTHWEST CREDIT SYSTEMS, LP,<br><br>　　　　　　　　　Defendant. | Case No.: 3:16-cv-01276-BEN-JMA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

The Court has considered the Joint Motion for Dismissal with Prejudice (the "Joint Motion") filed by Plaintiff Diamond Cavazos Rivas and Defendant Southwest Credit Systems, LP. (Docket No. 10.). For good cause shown, the Joint Motion is **GRANTED**. The action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: December 07, 2016

　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　United States District Court Judge

1

3:16-cv-01276-BEN-JMA